UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| SANDRA HARRIS GRIFFIN, )<br> )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>   Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:17-CV-48-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 24]. Plaintiff's motion for judgment on the pleadings [D.E. 15] is DENIED, defendant's motion for judgment on the pleadings [D.E. 21] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on December 3, 2018, and Copies To:**
Branch W. Vincent, III                              (via CM/ECF electronic notification)
Mark J. Goldenberg                                 (via CM/ECF electronic notification)

DATE:                                               PETER A. MOORE, JR., CLERK
December 3, 2018                                    (By) /s/ Nicole Sellers
                                                    Deputy Clerk